UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELMA AUTO MALL III, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No.  1:25-cv-01064-KES-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND COURT RETAINING JURISDICTION<br><br>(ECF No. 8). |

On May 7, 2026, Plaintiff Selma Auto Mall III, Inc. ("Plaintiff") filed a joint stipulation for dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 8). The stipulation provides:

IT IS HEREBY STIPULATED by and between Plaintiff Selma Auto Mall III, Inc. ("Plaintiff") and Defendant Federated Mutual Insurance Company ("Defendant") (collectively, the "Parties") that Plaintiff's above-entitled action is hereby voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, pursuant to a settlement agreement entered into by and between the Parties, concurrent with this Stipulation (the "Settlement Agreement"), the terms of which are expressly incorporated herein by reference.

IT IS FURTHER STIPULATED by the Parties that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO STIPULATED.

(*Id.*).

1

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Additionally, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement for one year from the date of this order. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994)) (district courts may retain ancillary jurisdiction to enforce settlement agreements).

Accordingly,

- The Court retains continuing jurisdiction over this case to enforce the terms of the Settlement Agreement for one year from the date of this order.
- The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **May 8, 2026**         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2